UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
) Criminal Case No. 14-CR-120-01-SM
v. )
)
WARREN ROBINSON )
_____ )

## INDICTMENT

**The Grand Jury Charges:**

### COUNT ONE

**[Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B)]**

On or about June 24, 2014, in the District of New Hampshire, the defendant,

**WARREN ROBINSON**,

did knowingly possess any matter that contained an image or video of child pornography, as defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer. At least one such image of child pornography knowingly possessed by the defendant depicts a prepubescent minor or a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

|  |  | A TRUE BILL |
|---|---|---|
| Dated: September 17, 2014 |  | /s/ Foreperson |
|  |  | FOREPERSON |

JOHN P. KACAVAS
United States Attorney

By: /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney