# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 JAN -5 P 12: 08

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal Case No. ~~16-CR-~~ 14-CR-120-01-SM |
| **v.** | ) | |
| | ) | |
| **WARREN ROBINSON** | ) | |
| _____ | ) | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

### [Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B)]

On or about June 24, 2014, in the District of New Hampshire, the defendant,

### WARREN ROBINSON,

did knowingly possess any matter that contained an image or video of child pornography, as

defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually

explicit conduct where the production of such visual depiction involves the use of a minor

engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any

means or facility of interstate or foreign commerce, and in and affecting interstate or foreign

commerce by any means, including by computer, or that was produced using materials that had

been mailed, shipped, or transported in and affecting interstate or foreign commerce by any

means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

Dated: January 5, 2016

                                    DONALD FEITH
                                    Acting United States Attorney

                         By:        _____     1/5/16

                                    Nick Abramson
                                    Assistant U.S. Attorney