UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:14-cr-00120-SM |
| | ) | |
| WARREN ROBINSON | ) | |

**NOTICE OF REQUEST BY THE UNITED STATES TO BIFURCATE THE RESTITUTION INQUIRY PURSUANT TO 18 U.S.C. § 3664(d)(5)**

Sentencing in the above-referenced case is presently scheduled for May 6, 2016. Although the United States has yet to receive restitution requests from any identified victims, such requests are anticipated prior to the upcoming sentencing hearing. Accordingly, to afford adequate time to (1) accurately ascertain the victims' losses, and (2) attempt, if possible, to resolve any restitution issues between the parties without the need for litigation, the United States, pursuant to 18 U.S.C. § 3664(d)(5), hereby requests that the Court schedule a hearing approximately 60 days from the date of sentencing for the final determination of any losses and accompanying restitution in this matter.

Respectfully submitted,

April 26, 2016

EMILY GRAY RICE
United States Attorney

/s/ Nick Abramson
Assistant U.S. Attorney
Massachusetts Bar # 672267
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Nick.Abramson@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of this filing was electronically served upon Jonathan Saxe, Esq., counsel for the defendant.

               /s/ Nick Abramson_____
               Nick Abramson
               Assistant U.S. Attorney

April 26, 2016