UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-00120-SM |
| | ) | |
| WARREN ROBINSON | ) | |

## ASSENTED-TO MOTION TO CONTINUE RESTITUTION HEARING

The United States, with the assent of the defendant, by and through his counsel, Jonathan Saxe, Esq., hereby moves to continue for approximately ninety (90) days the restitution hearing currently scheduled for August 31, 2016, for the following reasons:

The government has recently received materials from identified victims in this case, outlining their respective claims for restitution. Those materials were provided in discovery to the defendant for review. The parties are requesting additional time to determine whether such claims for restitution might be settled without the need for further litigation.

WHEREFORE, the United States, with the assent of the defendant, by and through his counsel, Jonathan Saxe, Esq., respectfully requests that this Honorable Court continue the restitution hearing currently scheduled for August 31, 2016, for approximately ninety (90) days.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

August 25, 2016

/s/ Nick Abramson_____
Nick Abramson
Assistant U.S. Attorney
Massachusetts Bar # 672267
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the Assented-To Motion to Continue the Restitution Hearing was electronically served upon counsel for the defendant

|  |  |
|---|---|
|  | /s/ Nick Abramson |
|  | Nick Abramson |
| August 25, 2016 | Assistant U.S. Attorney |